UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN BERNARD WRIGHT,

Petitioner,

v.

DAVID SHOOK,

Respondent.

Case No. C26-5836-DGE-SKV

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 1) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 13th day of August, 2026.

S. KATE VAUGHAN
United States Magistrate Judge